# Court of Appeals
# of the State of Georgia

ATLANTA, July 15, 2026

*The Court of Appeals hereby passes the following order:*

## A26A2370. KATHY LOCKWOOD v. ADVANCED AESTHETICS PC et al.

Kathy Lockwood filed a medical malpractice action against Advanced Aesthetics PC, and Dr. Joel Melfort Steward. Both defendants filed motions to dismiss Lockwood's complaint, and the trial court granted their motions on March 31, 2026. Lockwood filed a motion for reconsideration, which the trial court denied on May 29, 2026. Lockwood filed a notice of appeal on May 29, 2026. We, however, lack jurisdiction.

Lockwood's appeal is untimely as to the trial court's March 31, 2026 order dismissing her action. A notice of appeal must be filed within 30 days of entry of the order to be appealed. OCGA § 5-6-38(a). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction upon this Court. *Perry v. Paul Hastings, LLP*, 362 Ga. App. 140, 141 (866 SE2d 855) (2021). A motion for reconsideration does not extend the time for filing a notice of appeal and is not itself appealable. *Mosher v. Mosher*, 378 Ga. App. 187, 189 (919 SE2d 831) (2025). Here, the notice of appeal is untimely as to the March 31, 2026 dismissal order, as it was filed 59 days after entry of the order. And the appeal is improper as to the denial of the

motion for reconsideration.  Accordingly, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,___07/15/2026_____*

       *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

       *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*